UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ETHEL COFFMAN and CHARLES COFFMAN,<br><br>      Plaintiffs,<br><br>v.<br><br>VIRTUAL RADIOLOGIC CORPORATION, a Delaware corporation,<br><br>      Defendant. | Case No: 0:17-cv-02081<br><br>**<u>NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)</u>** |

  Plaintiffs, through their Counsel, Leventhal & Puga, P.C. and Ciresi Conlin LLP, hereby give Notice that they Voluntary Dismiss the above captioned action. As the opposing party has not filed either an answer or a motion for summary judgment, Plaintiffs are entitled to voluntarily dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted this 17th day of October, 2017.

### **CIRESI CONLIN LLP**

By: /s/ Barry M. Landy

Barry M. Landy, MN BAR #391307
225 South 6th Street, Suite 4600
Minneapolis, MN 55402
Telephone: (612) 361-8200
Facsimile: (612) 361-8242
bml@ciresiconlin.com

### **LEVENTHAL & PUGA, P.C.**

By: /s/ Nicholas Temming

Hollynd Hoskins, CO BAR #21890
Nicholas Temming, CO BAR #41127
950 S. Cherry St., Suite 600
Denver, CO 80246
Telephone: (303) 759-9945
Facsimile: (303) 759-9692
hollynd@leventhal-law.com
ntemming@leventhal-law.com

*A duly signed original is available for inspection at the offices of Leventhal & Puga, P.C.*

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true copy of the above and foregoing was filed and served via the Court's CM/ECF filing system this 17th day of October, 2017, on the following:

> Isaac R. Ruiz-Carus
> Rissman, Barrett, Hurt, Donahue & McLain & Mangam, P.A.
> 1 North Dale Mabry Highway, 11th Floor
> Tampa, FL 33609
> Isaac.Ruiz@Rissman.com
>
> Nicole L. Brand
> Meagher & Geer, PLLP
> 33 S. Sixth Street, Suite 4400
> Minneapolis, MN 55402
> nbrand@meagher.com

                /s/ Carmen Smallegan